UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION

**PHILIP ANIBAL**

v					Case No. 02:09-CV-12587-SFC-RSW

**SECURITIES AND EXCHANGE COMMISSION,**
**PETER ROOR**, individually and d/b/a Oxford
Savings Club, Ltd. and Manumit Unlimited, **RONALD**
**L. TEMPLIN**, individually and d/b/a American
Leadership Network, Saratoga Holdings LLC, Secured
Private Placements, The 650 Club, Internet Marketing Partners
and Private Loan Program, and **LAURIE ELIZABETH WEISS**

_____/

| | |
|---|---|
| JOSEPH H. SPIEGEL, P.C. | RUBENSTEIN ISSACS, PC |
| By: Joseph H. Spiegel (P39048) | By: Erwin Rubenstein (P19724) |
| Attorney for Interpleader Plaintiff | Attorney for Interpleader Plaintiff |
| 825 Victors Way, Suite 300 | 2000 Town Center, Suite 1360 |
| Ann Arbor, MI 48108-2738 | Southfield, MI 48075-1252 |
| (734) 761-8475 | (248) 351-4314 |

_____/

## ORDER FOR SUBSTITUTED SERVICE

At a session of said Court, held in the City of Detroit
County of Wayne, State of Michigan on:

November 17, 2009

PRESENT:  HON. SEAN F. FOX

This matter coming on before the Court pursuant to Plaintiff's Motion for Order Allowing Substituted Service and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that Plaintiff's Counsel be allowed service of Summons and Complaint by posting same along with a copy of this Order pursuant to MCR 2.106(E), by

publication pursuant to MCR 2.106(D) and by mailing to each of the Defendants last known address.

IT IS FURTHER ORDERED THAT Plaintiff's Counsel will file Proofs of Service pursuant to MCR 2.106(G) with this Court.

IT IS FURTHER ORDERED THAT by way of posting, publishing and mailing this Order, Plaintiff is hereby informing Defendants of the following;

1. This matter has been filed in the United States District Court – Eastern District for Michigan.

2. The names of the parties are listed in the above referenced caption.

3. The nature of this proceeding is an Interpleader action whereby Defendants, Securities and Exchange Commission ("SEC"), have answered the Interpleader Complaint and filed a Cross-Claim and Affirmative Defenses. Interpleader Plaintiff Anibal agrees with Defendants SEC that the funds described in the Complaint and SEC Answer should be turned over to the SEC.

4. Defendants will have twenty-eight (28) days from the date of this posting, publication and/or mailing to file an Answer to the Complaint with this Court.

5. Failure to file an Answer to the Complaint could result in a Default Judgment being entered against any or all Defendants.

IT IS SO ORDERED.

s/ Sean F. Cox
U. S. District Judge